FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 06 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------X
ANATOLIY UTENYSHEV

       -v-                                   JUDGMENT
                                            CV00-6529  (JBW)
LEONARD PORTUONDO
----------------------------X

Upon remand from the United States Court of Appeals for the Second Circuit, this court has considered the submissions made by counsel appointed for the petitioner and by the respondent. The motion for extension of time to file the notice of appeal is granted. The notice of appeal has been timely filed.

                                          SO ORDERED

                                          _____
                                          JACK B. WEINSTEIN
                                          SR. U.S.D.J.

DATED: 9/26/05